# United States District Court

for

*District of Guam*

**Report for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearings is Attached)*

Name of Offender:   **Jeffrey Joseph Alerta**                    Case **CR 94-00098-002**

Name of Sentencing Judicial Officer:    John S. Unpingco, Chief Judge

Date of Original Sentence:        March 24, 1997

Original Offense:    <u>Count I:</u> Criminal Conspiracy to Distribute Methamphetamine, in violation of 21 U.S.C. §846
<u>Count III:</u> Distribution of Methamphetamine, in violation of 21 U.S.C. §841(a)(1)
<u>Count IV:</u> Possession of Methamphetamine With Intent to Distribute, in violation of 21 U.S.C. §841(a)(1)
<u>Count V:</u> Use of Firearm During Drug Trafficking, in violation of 18 U.S.C. §924(c)(1)

Original Sentence:   180 months imprisonment for Counts I, III, and IV, which is to run consecutively to **60** months imprisonment for Count V. The sentences are to be followed by five years of supervised release, with conditions that he: participate in a program approved by the U.S. Probation Office for substance abuse. The program may include but not be limited to urinalysis testing to determine if the defendant is using illegal drugs; not commit another federal, state, or local crime; not illegally possess a controlled substance; not possess a firearm, as defined in 18 U.S.C. §921; and pay a $200 special assessment fee.

Type of Supervision:  Supervised Release         Date Supervision    September 10, 2007

## PETITIONING THE COURT

☐   To extend the term of supervision for          years, for a          years.

☒   To modify the conditions of supervision as follows:

   1. The defendant shall perform 50 hours of community service under the direction of the U.S. Probation.

On April 8, 2008, Mr. Alerta failed to appear for random urinalysis. He appeared at the U.S. Probation Office for a compliance meeting and was counseled for missing his urinalysys. On June 30, 2008, Mr. Alerta again missed a scheduled urinalysis . He appeared for a compliance meeting on July 1, 2008 and stated that he did not hear his designated number when he called. He submitted to urinalysis, which resulted in a dilute sample.

On July 7, 2008, Mr. Alerta was subjected to random urinalysis at the treatment provider, Melendez and Benavente, which resulted in a presumptive positive for the use of methamphetamine or "ice". He denied any drug use and the sample was sent to the laboratory for confirmation. On July 8, 2008, Mr. Alerta appeared for a compliance meeting, at which time, he admitted to smoking "ice" on July 6, 2008. As a sanction, Mr. Alerta agreed to a modification of his conditions of supervised release to perform 50 hours of community service under the direction of the U.S. Probation Office.

Except as outlined above, Mr. Alerta has maintained acceptable compliance with his conditions of supervision. He paid the $200 special assessment fee on July 9, 1997 and is a participant in the substance abuse testing and treatment program. Mr. Alerta is also gainfully employed.

Based on the information above, this Officer respectfully requests that the Court modify the conditions of supervised release to include that he perform 50 hours of community service. Attached is Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision, with Mr. Alerta's consent to the modification. His compliance will continue to be monitored and any further violations will be reported to the Court accordingly.

Reviewed by:                                              Respectfully submitted,

/s/ CARMEN D. O'MALLAN                   by:    /s/ JUDY ANNE L. OCAMPO
U.S. Probation Officer Specialist                         U.S. Probation Officer
Supervision Unit Leader

Date:            July 10, 2008                        Date:            July 10, 2008

**THE COURT ORDERS**

☐    No Action

☐    The Extension of Supervision as Noted Above.

☐    The Modification of Conditions as Noted Above.

☐    Other        Issuance of a:    ☐ Summons    ☐ Warrant

PROB 49
(3/89)

# United States District Court

for

### District of Guam

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1.  That the defendant will perform 50 hours of community service under the direction of the U.S. Probation Office.

Witness: _____Judy Anne L. Ocampo_____      Signed: _____Jeffrey Joe Alerta_____
            U.S. Probation Officer                       Probationer or Supervised Releasee

_____07/01/08_____
Date